AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Michael S. Feinberg, et al
)
*Plaintiff*
)
v.
)
Planet F, Inc dba Lucky Bar
)   Civil Action No.  1:16-CV-00714
)
)
*Defendant*
)

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Zachary Vick, 6575 Yadkin Ct., Alexandria, VA 22310

*(Name of person to whom this subpoena is directed)*

☒ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Planet Depos, 1100 Connecticut Ave., Suite #950, Washington, DC 20036 | Date and Time: 02/20/2017 10:00 am |
|---|---|

The deposition will be recorded by this method:  Court reporter

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 02/02/2017

*CLERK OF COURT*

OR

_____        _____
*Signature of Clerk or Deputy Clerk*            *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Jason P. Beaulieu, Attorney for Defendant, Planet F, Inc. dba Lucky Bar                                             , who issues or requests this subpoena, are:
29 W. Susquehanna Ave., Suite #402, Towson, MD 20204 (443) 608-5515, jpb@tbhelaw.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 1:16-CV-00714

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named individual as follows:
Zachary Vick
_____ on *(date)* 2/10/17  ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/10/17

_____
Server's signature

Michael Augustinos    Process Server
Printed name and title

851 Brightseat Rd  Landover MD 20785
Server's address

Additional information regarding attempted service, etc.: