UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL S. FEINBERG, et al.,<br><br>　Plaintiffs,<br><br>　v.<br><br>PLANET F, INC.,<br><br>　Defendant. | Civil Action No. 16-714 (JDB) |

## ORDER

The parties have been in contact with the Court regarding a discovery dispute relating to the number of depositions the defendant may take, as well as a proposed extension of discovery. The Court limited the parties to ten depositions per side in the initial scheduling order. See Scheduling Order [ECF No. 8] at 1. Defendant has conducted eight depositions and has a ninth scheduled to take place this week, but has proposed as many as six additional depositions, including several of plaintiffs' experts. The defendant also seeks a 60-day extension of the discovery period, currently set to close on March 10, 2017, see January 6, 2017 Minute Order, in order to complete these proposed additional depositions. The plaintiffs, meanwhile, contend that the defendant sent its requests for admissions too late, such that the plaintiffs do not have the requisite 30 days to respond before discovery closes. See Fed. R. Civ. P. 36(a)(3).

After a conference with the parties, the Court issued an oral ruling, which is memorialized in this order and which modifies the schedule for further proceedings. Accordingly, it is hereby **ORDERED** as followed:

1. The defendant may take two additional depositions, not counting the deposition scheduled this week, for a total of eleven depositions. This is conditioned on plaintiffs'

1

agreement to conduct two additional depositions of agreed-upon individuals, including a designee from the Alcoholic Beverage Regulation Administration (ABRA). If plaintiffs decide not to depose the ABRA designee, the defendant may have an additional deposition (for a total of twelve) solely to depose the ABRA designee.

2. In order to accommodate these additional depositions, the Court will extend deposition discovery by 30 days, until April 9, 2017.

3. The Court will also extend written discovery by 7 days, until March 17, 2017, solely for the purpose of giving plaintiffs the appropriate 30 days to respond to defendant's requests for admissions, under the authority of Rule 6(b)(1)(A) and Rule 36.

4. All other discovery will close as previously agreed on March 10, 2017.

5. The status conference currently set for March 17, 2017 is rescheduled to April 19, 2017 at 10:30 a.m. in Courtroom 30.

6. Motions for summary judgment shall be filed by not later than April 28, 2017; oppositions shall be filed by not later than May 22, 2017; any replies shall be filed by not later than May 31, 2017.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: March 1, 2017