UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | | |
|---|---|---|
| **MICHAEL S. FEINBERG, et al.** | * | |
| *Plaintiffs,* | * | |
| v. | * | **Civil Action No. 16-cv-00714(JDB)** |
| | * | |
| **PLANET F, INC. d/b/a LUCKY BAR** | * | |
| *Defendant.* | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## DEFENDANT'S SUPPLEMENTAL DISCLOSURE OF EXPERT WITNESSES PURSUANT TO FEDERAL RULE 26(a)(2)

Defendant, Planet F. Inc. d/b/a Lucky Bar, through undersigned counsel, and pursuant to Rule 26(a)(2) of the Federal Rules of Procedure, Local Rule 16.3 Joint Statement submitted on July 6, 2016 (Dkt. 7), and the Scheduling Order entered by the Court on July 13, 2016 (Dkt. 8), hereby files its Supplemental Disclosure of Expert Witnesses.

Defendant notes that Plaintiff Michael Feinberg's deposition occurred on November 11, 2016, and he did not appear for independent medical examinations (IMEs) until December 14, 2016 (orthopedic) and February 3, 2017 (dental). As to the latter, Mr. Feinberg was originally scheduled for his IME on December 16, 2016 but cancelled due to threatened precipitation. It did not rain/snow, however, such that his appearance would have been precluded or dangerous. Regardless, the dental IME had to be rescheduled for February 3, 2017. Dr. Schwartz awaited additional requested documents concerning Mr. Feinberg's alleged need for a third dental implant procedure but did not receive the same prior to his produced report.

Defendant reserves the right to present additional expert testimony by each expert listed below, at deposition or at trial, in rebuttal to opinions raised by experts identified by the Plaintiffs. Each expert may supplement or modify his opinion(s) as he continues to review materials associated

with this case. This disclosure is being made before discovery has concluded. Each expert may rely on additional information gathered during discovery, including additional records discovered or supplied, responses to subpoenas, deposition transcripts, and findings and reports of other experts. If any expert is deposed, such deposition testimony is incorporated herein by this reference as if fully set forth herein.

1. **Dr. Mark A. Peterson, M.D., 9601 Blackwell Rd., #100, Rockville, MD 20850.**

    Dr. Peterson is an orthopedic surgeon who is expected to provide expert testimony concerning the nature, cause, and extent of Plaintiff's alleged orthopedic injuries, their causal relationship to the incident, the reasonableness and necessity of Plaintiff's medical treatment and expenses, his medical prognosis, as well as future treatment needs, if any. Dr. Peterson can also be expected to opine consistent with his report dated December 21, 2016 and included within Exhibit 1 hereto, which information is incorporated by reference. Dr. Peterson's curriculum vitae and fee schedule are also included in Exhibit 1, which information is incorporated by reference. As stated, Dr. Peterson's opinions and conclusions will be supplemented after his review of Plaintiff's deposition transcript and after Plaintiff's IME.

    Dr. Peterson is a graduate of Georgetown University School of Medicine with an undergraduate degree from the University of Delaware. He is Board certified in orthopedic surgery and orthopedic sports medicine. Dr. Peterson is being compensated at the rate of $350 per hour in this case.

2. **Dr. Kevin G. Schwartz, D.M.D., 3401 Olandwood Court, Suite 104, Olney, MD 20832.**

    Dr. Schwartz is an expert in the field of oral and maxillofacial surgery who is expected to provide expert testimony concerning the nature, cause, and extent of

Plaintiff's alleged dental injuries, their causal relationship to the incident, the reasonableness and necessity of Plaintiff's medical treatment and expenses, his medical prognosis, as well as future treatment needs, if any. Dr. Schwartz can also be expected to opine consistent with his report dated February 28, 2017 and included within Exhibit 1 hereto, which information is incorporated by reference. Dr. Schwartz's curriculum vitae and fee schedule is attached hereto as **Exhibit 2**, which information is incorporated by reference.

Dr. Schwartz is a graduate of the University of Pittsburgh School of Dental Medicine with an undergraduate degree from the University of Pittsburgh. Dr. Schwartz also has a degree from the University of Pittsburgh School of Pharmacy. He is Board certified in oral and maxillofacial surgery. Between 1995 and 2006, Dr. Schwartz was the recipient of the Washingtonian Award for Best Oral and Maxillofacial Surgeons. Among other organizations, he is a member of the American Association of Oral and Maxillofacial Surgeons and the American Dental Association. Dr. Schwartz is being compensated at the rates listed on his attached fee schedule, which is incorporated by reference.

3.  Defendant reserves the right to offer testimony from the following:

   a)  Any medical personnel who performed examinations or tests of Plaintiff Michael Feinberg following the incident.

   b)  Any law enforcement officers, investigators or personnel who arrived at the scene, interviewed witnesses, took photographs, examined evidence, prepared reports, or otherwise investigated the incident or its aftermath.

   c)  Any of Plaintiff Michael Feinberg's prior health care providers concerning any opinions, observations, or findings they made during the course of their care and treatment of him.

3

4.      To the extent not objected to by the Plaintiffs, Defendant reserves the right to rely on the testimony or opinions of any expert witness identified or called by Plaintiffs in this case.

5.      Defendant reserves the right to supplement this designation to the extent permitted by the Court and/or in the event subsequent discovery or investigation requires supplementation.

Respectfully submitted,


TIMMERMAN, BEAULIEU, HINKLE & ESWORTHY, LLC

BY:      /S/ Jason P. Beaulieu
JASON P. BEAULIEU, ESQUIRE (BAR NO. 982511)
29 W. SUSQUEHANNA AVE., SUITE 402
TOWSON, MARYLAND 21204
(443) 608-5515
(443) 927-8899 (Fax)
jpb@tbhelaw.com
*On behalf of Defendant, Planet F, Inc. d/b/a Lucky Bar*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of March, 2017, Defendant's Supplemental Expert Designation was sent via electronic mail to:

Peter C. Grenier, Esquire (#418570)
Stan M. Doerrer, Esquire (#502496)
GRENIER LAW GROUP
1400 L Street, N.W., Suite 420
Washington, D.C. 20005
(202) 768-9600
(202) 768-9604 (fax)
pgrenier@grenierlawgroup.com
sdoerrer@grenierlawgroup.com
*Counsel for Plaintiffs*


/S/ Jason P. Beaulieu
JASON P. BEAULIEU, ESQUIRE (BAR NO. 982511)

4

# EXHIBIT 1

SHADY GROVE
ORTHOPAEDICS
SPECIALIZING IN WHAT MOVES YOU

R. Marshall Ackerman, M.D.

Jeffrey F. Witte, M.D.

Steven L. Tuck, M.D.

Andrew W. Bender, M.D.

Mark A. Peterson, M.D.

Brett R. Quigley, M.D.

Brett J. Hampton, M.D.

Joseph A. Shrout, M.D.

Kathryn M. Polcaro, P.A.-C.

Brian O'Keefe, M.B.A.
Chief Executive Officer

**Rockville**
9601 Blackwell Road
Suite 100
Rockville, MD 20850
P: (301) 340-9200
F: (301) 340-6934

**Germantown**
19735 Germantown Road
Suite 120
Germantown, MD 20874
P: (301) 528-8090
F: (301) 528-8092

www.ShadyGroveOrtho.com

Shady Grove Orthopaedic Associates, P.A.

## INDEPENDENT MEDICAL EXAM

Name: Michael Feinberg
Date of Exam: 12/14/2016

This Independent Medical Exam includes records review, personal interview, and physical exam.

Mr. Feinberg is a 43-year-old male who works in insurance sales who presented to the clinic for an Independent Medical Exam regarding injury to his left shoulder which he states he suffered approximately 2½ years ago in June of 2014. He reports falling down some stairs in D.C. He was seen at G.W. Emergency Room where he was told he had a fracture that was dislocated. It was reduced and then he was referred to Dr. Mark Madden in Virginia. He was treated with immobilization of the fracture, and then underwent physical therapy for 6 to 8 months. He states he stopped around March of 2015 because he was failing to receive any further benefit. He never underwent any operative treatment. He states his shoulder has never felt the same since the injury. He has had limited range of motion. It clicks and is sore. He is limited in certain types of activity. He cannot fully bear weight on his left arm. Reaching behind gives him pain and difficulty. He has never had any previous problems or injury to his shoulder. He denies any other injuries or problems at this time.

PHYSICAL EXAM:          On exam today, he is a well-developed, well-nourished male who ambulates in the room without discomfort. He looks around the room freely without pain. Examination of his left shoulder shows he has external rotation at his side to 60 degrees, internal rotation to L1, abduction to 150, external rotation to 90. At 90, he lacks approximately 10 degrees of external rotation. He has full internal rotation to 90 degrees. His forward flexion is full and extension is to 70 degrees. The right shoulder range of motion shows he externally rotates at his side to 90 degrees, internally rotates to L1. He has full abduction. External rotation at 90 to neutral and internal rotation at 90 to 90. He has full forward flexion and extension to 70 degrees. His motor strength in both upper extremities is symmetric. He has full rotator cuff strength bilaterally. He has normal sensation in both upper extremities.

Name:  Michael Feinberg
Page Two

MRI is reviewed and shows a healed tuberosity fracture in anatomic
position with no evidence of rotator cuff tear.

ASSESSMENT:        This is a 43-year-old male who suffered a fracture
dislocation of his left shoulder.  He has done well from the injury.  He has
regained functional range of motion and has slight loss of external
rotation, but has normal strength and minimal disability.  At this time, he
has reached MMI.  I see no need for further treatment.

MARK A. PETERSON, M.D.

MAP/vmq

# CURRICULUM VITAE

# MARK A. PETERSON, M.D.

**BORN:**

July 2, 1962
Memphis, Tennessee

**MARITAL STATUS:**    Married:    11/24/90

|          |          |           |
|----------|----------|-----------|
| Wife:    | Amy Wrinkle Peterson |  |
| Children: | Matthew | 03/17/92 |
|          | Kyle    | 02/01/94 |
|          | Abby    | 06/04/96 |
|          | Luke    | 09/22/98 |

## EDUCATION:

Undergraduate:    University of Delaware
Newark, Delaware
B.S. AG  1985
08/81 – 06/85

Medical:    Georgetown University School of Medicine
Washington, D.C.
M.D.,  1989
08/85 – 05/89

Internship:    University of Tennessee
Memphis, Tennessee
General Surgery
06/89 – 06/90

Residency:    University of Tennessee
Memphis, Tennessee
Campbell Clinic
Memphis, Tennessee
07/91 – 06/95

# CURRICULUM VITAE
# MARK A. PETERSON, M.D.
## Page Two

### CERTIFICATION:

Diplomate of the American Board of Orthopaedic Surgery, 1997
Recertified, American Board of Orthopaedic Surgery, 2008
Board Certified in Orthopaedic Sports Medicine, 2010

### LICENSURE:

Maryland                        1995

### PROFESSIONAL AFFILIATIONS:

Resident Candidate, American Academy of Orthopaedic Surgery

### CURRENT HOSPITAL STAFF APPOINTMENTS:

Shady Grove Adventist Hospital          Privileges:  Active
Rockville, Maryland

### WORK EXPERIENCE:

Private Practice:

Shady Grove Orthopaedic Associates, PA
9601 Blackwell Road, Suite 100
Rockville, MD  20850
01/01/99 – Present

# CURRICULUM VITAE
## MARK A. PETERSON, M.D.
### Page Three

Drs. Peterson & Peterson, PA
8218 Wisconsin Avenue
Bethesda, MD  20814
08/95 - 07/96  /  08/98 – 12/98

Paducah Orthopaedic Clinic
1528 Lone Oak Road, P.O. Box 7099
Paducah, KY  42002
08/96 – 08/98

Office of Dr. Philip D. Bobrow
5530 Wisconsin Avenue
Chevy Chase, MD  20815
10/95 – 04/96

# TRIALS & DEPOSITIONS
## Mark A. Peterson, M.D.

06/18/14        Video Deposition on Sandra Presti v. The Seasons Apts(IME)

                Attorney Karen Herzog of Ward & Herzog

                Circuit Court for Howard County, Case No: 13-C-13-94448.


08/15/12        Video Deposition on Donte Guzman v. Sanders et al

                Case #CAL10-35180, Attorney Paul K. Urey, III

                Circuit Court for P.G. County


06/27/12        Deposition on John Howley

                Attorney Margaret F. Ward with Ward & Herzog


05/15/12        Deposition on Jesus Lopez v. Challenger Transportion Inc

                Case #8:11-cv-00724-PJM, Attorney Mary Dimaio

                U.S. District Court for District of Maryland


Updated:  11/08/2016

# Shady Grove Orthopaedics

## Fee Schedules for Legal Work

### Independent Medical Exams (IMES): (payable after IME is performed)

| | |
|---|---|
| No Show Fee | $250 |
| Cancellation Fee<br>(If CX w/less than 24 hrs. notice) | $250 |
| Comprehensive Exam (90620) | $750 + |
| Complex Exam (90630) | To be determined on an individual basis. |

### Peer Reviews:
### Records Reviews:

$350 Per Hour
$350 Per Hour

### Pre-Trial/Pre-Depo Conferences:
### Depositions:

$250 Per Hour
$500 Per Hour – 1st Hour $350 Per Hour Every Hour Thereafter

### Live Trial Testimony:

| | |
|---|---|
| Montgomery County | $2,500 |
| D.C., P.G. County, Frederick,<br>Baltimore & Northern Virginia | $3,000 Plus Travel Costs |
| All Other Locations | To Be Determined on an Individual Basis |

### Refunds for Cancelled Trials:

Full Refund if Notified Seven (7) Days or More in Advance
NO Refund if Notification is Received Under Seven (7) Days

### Refunds for Cancelled Depositions:

Full Refund if Notified Two (2) Days or More in Advance
NO Refund if Notification is Received Under Two (2) Days

Mark A. Peterson, M.D.
Shady Grove Orthopaedics
9601 Blackwell Road, Suite #100
Rockville, MD 20850

March 3, 2017

In response to the Federal Rule of disclosure I submit the following:

1. Complete Statement of all opinions-See IME Report dated December 21, 2016 attached, which is incorporated by reference.
2. The facts or data considered by the witness in forming my opinions- observation collected during IME on December 14, 2016 as well as the records I reviewed, a list of which appears in paragraph 3 herein.
3. I have reviewed the following items to formulate my opinions: Complaint, D.C. EMS ambulance records, Herndon Family Medicine medical records, Drs. Goldbaum and Rosenberg dental records, Ortho VA medical records, George Washington University Hospital medical records, and Physiotherapy Associates medical records.
4. Witness's qualifications-See CV attached, which is incorporated by reference. I have not authored any publications in the past 10 years.
5. I have testified at deposition for the following cases in the past 4 years (See attached list):
    1. Sandra Presti v. The Seasons Apts. (IME), Attorney Karen Herzog of Ward & Herzog, Circuit Court for Howard County, Case No.: 13-C-13-94448, video deposition 6/18/14.
    2. Donte Guzman v. Sanders, et al., Attorney Paul Urey, III, Case no.: CAL10-35180, Circuit Court for Prince George's County, video deposition 8/15/12.
    3. John Howley, Attorney Margaret F. Ward with Ward & Herzog, Deposition 6/27/12.
    4. Jesus Lopez v. Challenger Transportation, Inc., Case No. 8:11-CV-00724-PJM, Attorney Mary Dimaio, U.S. District Court for the District of Maryland, Deposition 5/15/12.
6. Statement of Compensation-see Fee Schedule attached, which is incorporated by reference.

Respectfully submitted,

_____*Mark A. Peterson, M.D.*_____          ___3/3/17_____
Mark A. Peterson, M.D.                                    Date

# EXHIBIT 2

**Kevin G. Schwartz, D.M.D.**
**Gary J. Funari, D.M.D.**
*ORAL AND MAXILLOFACIAL SURGEONS*

**Kashif Poshni, D.D.S.**
**I. Ling Chen, D.D.S.**
*DRS. SCHWARTZ, FUNARI, POSHNI, & CHEN, P.C.*

---

3401 Olandwood Court
Suite 104
Olney, MD 20832
301-774-6200

602 Center Street
Suite 201
Mt. Airy, MD 21771
301-831-0110

15200 Shady Grove Road
Suite 200
Rockville, MD 20850
301-990-8400

February 28, 2017

Mr. Jason P. Beaulieu
Timmerman, Beaulieu, Hinkle, Esworthy, LLC
29 West Susquehanna Ave.
Suite 402
Towson, MD 20404

RE: IME: Fineberg, Michael

Dear Mr. Beaulieu:

Pursuant to your request I have had the opportunity to conduct a review of records and independent medical evaluation regarding Mr. Michael Fineberg. Mr. Fineberg, as you know, is a 44 year old Caucasian male. The review of pertinent records included his initial complaint filed with the United States District Court, District of Columbia. This document indicated Mr. Fineberg attended an establishment, Lucky Bar, on June 22, 2014 for a period of approximately 5 hours. During this time Mr. Fineberg consumed 10 pint sized glasses of beer. At approximately 7:15 pm, Mr. Fineberg fell down a narrow flight of stairs and suffered injuries which were recorded as a concussion with loss of consciousness, dislocation of his left shoulder, closed fracture of left humerus, tooth loss, fractured tooth, rotator cuff tendonitis, lacerations to his chin, left elbow and mandible, abrasions to his left trunk and left knee, as well as multiple other contusions.

The records of the District of Columbia Fire and EMS noted they arrived approximately 8:00 pm and their initial evaluation stated the patient was lying supine on the floor at the bottom of a set of about 12 stairs. Their records indicated that patient was alert however he did not know he had fallen down the stairs. Patient evaluation was significant for laceration of his chin, left elbow and loss of a tooth. Mr. Fineberg was placed in cervical mobilization device and transported to George Washington Hospital for further evaluation.

The records of George Washington Hospital of June 22, 2014 included trauma evaluation in which the patient's past medical history was reviewed and was non contributory. He had no history of drug allergies. Glasgow Coma Score was 15 and patient was in no acute distress. Physical findings included lacerations of the mandible, missing tooth, left elbow pain with

DIPLOMATES, AMERICAN BOARD OF ORAL AND MAXILLOFACIAL SURGERY
FELLOWS, AMERICAN ASSOCIATION OF ORAL AND MAXILLOFACIAL SURGEONS

www.sfpcoms.com

Fineberg, Michael
Page 2

decreased range of motion, abrasions of the left trunk and shoulder dislocation. Imaging included brain CT, which was within normal limits, cervical CT, also within normal limits, maxillofacial CT, which the report was missing from the records I reviewed.

Mr. Fineberg was ultimately discharged after treatment of his shoulder dislocation in the emergency department under intravenous sedation. He also had repair of lacerations to his lip, chin and elbow. He was instructed to follow up within six days for removal of his sutures. His prescriptions included Percocet and Peridex.

Next records reviewed were those of Herndon Family Medicine. Patient presented for evaluation to Dr. Marc Plescia on June 24, 2014. The prior injury and treatment of June 22, 2014 was reviewed. A history and physical examination was conducted, of which the maxillofacial region was significant for intact internal and external sutures of the lip and missing right central incisor. No treatment to the maxillofacial region was provided but Herndon Family Medicine facility.

The next records reviewed were those of Dr. Lawrence Goldbaum, a dentist in Rockville, Maryland. Dr. Goldbaum's records indicated Mr. Fineberg was initially evaluated by Dr. Charles Fields. Dr. Fields reviewed the history of the accident and completed an examination including three dimensional imaging. Dr. Fields diagnosed root fractures of teeth #s 8 and #9 (maxillary right and left central incisors). The plan was for the extraction of the root portions of teeth #8 and #9 with possible bone grafting and future implant placement. There was a notation that a provisional appliance to replace the teeth would be indicated. Patient records indicated that Mr. Fineberg returned on August 1, 2014 and received extraction of teeth #8 and #9 with allograft bone graft under intravenous sedation and local anesthesia. Patient post operative course was uneventful and he returned in November 2014 for implant consult for permanent replacement of teeth #8 and #9. The implants were ultimately placed December 17, 2014, utilizing Nobel "clones". The implants were placed under intravenous sedation and local anesthesia. Shortly thereafter, on January 6, 2015, there was noted to be implant failure with infection surrounding the implant placed at area #8 and subsequently implant failure on January 30, 2015 of implant #9. On April 7, 2015, Mr. Fineberg presented to Dr. Fields once again and planned implant therapy utilizing Nobel Active implant system was discussed along with the use of antibiotic premedication with Augmentin and Metronidazol. However, Mr. Fineberg did not complete treatment with Dr. Fields. Instead, Mr. Finberg presented to Dr. Edward Longwe, of Dulles Oral Surgery.

At the time of the initial evaluation, Dr. Longwe reviewed the history of trauma and past treatment received. Subsequently, on September 11, 2015 implants in the areas of #8 and #9 were replaced and the area was augmented with autogenous bone from the maxillary tuberosity bilaterally. Once again the procedure was completed under intravenous sedation and local

Fineberg, Michael
Page 3

anesthesia.  The post operative course was largely within normal limits with follow up visits,
September 17, 2016, September 28, 2015 and October 15, 2015.  In December 2015, a localized
infection in the area of the cover screw of tooth #8 was treated.  There were no records from Dr.
Longwe beyond that point.

By history of Mr. Fineberg, the implants were restored by Dr. Goldbaum.  The initial
impressions for the crowns were completed in April 2016 and provisional temporaries were
placed at that time.  The final crowns were placed May 24, 2016.  From that time until January
2107, Mr. Fineberg states he had no difficulty.  However in January 2017, he noted a complaint
of pain and swelling in the area of the upper left central incisor.  He returned to Dr. Goldbaum,
who indicated the implant in the area of #9 was failing.  Dr. Goldbaum referred Mr. Finberg to
Dr. Roy Eskow.

Dr. Eskow ultimately removed the implant and prepared that site for another attempt at implant
placement.  Mr. Fineberg is currently wearing a provisional and waiting reconstruction of the
area.

**Past Medical History:**          Significant for borderline obesity, leg movement disorder,
anxiety, colitis, hyperlipidemia.

**Medications:**          Balsalazide disodium, escitalopram, ropinrole, simvastatin.

**Allergies:**          No known drug allergies.

**Examination:**          Significant for full dentition with the exception of missing
tooth #9.  The crown of tooth #8 is restored in an edge to edge occlusion relationship with the
lower incisors.  There is a osseous defect in the area of #9 with loss of alveolar height and width.
There are no other significant clinical findings.

**Discussion:**          Review of this case is significant for a patient who suffered
traumatic injury subsequent to falling down a flight of stairs.  The maxillofacial injuries received
are consistent with this type of accident.  The diagnosis and treatment of the injuries, including
the initial repair of the perioral laceration at George Washington Hospital and subsequent
treatment by Dr. Fields, Dr. Goldbaum and Dr. Longwe were all appropriate and necessary
components of treatment of the traumatic injury.

Unfortunately, in this case, Mr. Fineberg's clinical course has been quite complicated by
multiple implant failures.  Such implant failures, although rare, are known potential

Fineberg, Michael
Page 4

complication of these types of treatments. Currently, Mr. Fineberg is awaiting reconstruction of
the alveolar bone in the area of the left maxillary central incisor to facilitate future implant
reconstruction.  Therefore, Mr. Fineberg's treatment completion and clinical outcome are still
pending.

Review of the associated fees of the dental and surgical services provided in this case fall within
the high end of the reasonable and customary fee scale.  Mr. Fineberg's overall prognosis,
despite his relatively complicated clinical course, remains good.  As in the long term, once the
implant integration is firmly established, such restorations are statistically quite likely to be
present for the remainder of his life.  Thereby accordingly future medical expenses in this regard
should be negligible

Please review this information and notify me if I can be of further assistance to you in this
matter.

Sincerely,

Kevin G. Schwartz, D. M. D.
Diplomate, American Board of Oral and Maxillofacial Surgery

Kevin G. Schwartz, D.M.D                                    Gary J. Funari, D.M.D.
Kashif Poshni, D.D.S.                                         I-Ling S. Chen, D.D.S.
*Oral and Maxillofacial Surgeons*          *Drs. Schwartz, Funari, Poshni & Chen, P.C.*

3401 Olandwood Court              602 Center Street            15200 Shady Grove Road
Suite 104                        Suite 201                    Suite 200
Olney, MD 20832                  Mt. Airy, MD 21771           Rockville, MD 20850
(301) 774-6200                   (301) 831-0110               (301) 990-8400

### KEVIN G. SCHWARTZ, D.M.D.

#### Curriculum Vitae

#### PERSONAL DATA

| | |
|---|---|
| Date of Birth: | March 18, 1956 |
| Address: | 7705 Brink Road<br>Laytonsville, MD 20882 |
| Telephone: | (301) 208-2603 |
| Office Address: | 3401 Olandwood Court<br>Suite 104<br>Olney, MD 20832<br>(301) 774-6200 |
| | 15200 Shady Grove Road<br>Suite 200<br>Rockville, MD 20850<br>(301) 990-8400 |
| | 602 Center Street<br>Suite 201<br>Mt. Airy, MD 21771<br>(301) 831-0110 |

#### EDUCATION

| | | |
|---|---|---|
| 1974-1975 | University of Pittsburgh<br>Pittsburgh, PA | Liberal Arts |
| 1975-1978 | University of Pittsburgh<br>School of Pharmacy<br>Pittsburgh, PA | Pharmacy |
| 1978-1982 | University of Pittsburgh<br>School of Dental Medicine<br>Pittsburgh, PA | D.M.D 1982 |
| 1982-1983 | Montefiore Hospital<br>Pittsburgh, PA | General Practice Residency |

1

|  | Director: Dr. Sidney Spatz |  |
|---|---|---|
| 1983-1986 | Allegheny General Hospital<br>Director: Dr. Guy A. Catone | Oral and Maxillofacial Surgery |
| 1985 – Present | American Association of Oral and Maxillofacial Surgeons |  |
| 1978 – Present | American Dental Association |  |

## CERTIFICATION AND LICENSURES

| 1982 | Council of National Board of Dental Examiners |
|---|---|
| 1982 | Northeast Regional Board of Dental Examiners |
| 1982 | Commonwealth of Pennsylvania<br>Dental License certificate DS-022921-L |
| 1986 | Maryland State Department of Health and Mental Hygiene<br>Oral and Maxillofacial Surgeon, License 9106 |
| 1987 | District of Columbia<br>Dental License DEN4658 |
| 1988 | Fellowship, American Association of Oral and Maxillofacial Surgery |
| 1988 | Diplomate, American Board of Oral and Maxillofacial Surgery |
| 1989 | Fellowship, American College of Oral and Maxillofacial Surgery |
| 1996 | Commonwealth of Virginia<br>Oral and Maxillofacial Surgery License 8451 |

## OTHER

| 2013 | Expert Witness in Anesthesia, Oral and Maxillofacial Surgery and<br>Implant Dentistry<br>Maryland State Board of Dental Examiners |
|---|---|
| 2000 | Certified Instructor: Advanced Cardiac Life Support<br>American Heart Association |
| 1999 | Certified Instructor Trainer, Basic Life Support AHA |
| 1992 | Certified in Microlaser Surgery |
| 1992 | Certified in Laser Arthroscopy of Temporomandibular Joint |
| 1987 | Certified in Laser and Micro Laser Surgery |

2

## MEMBERSHIP IN PROFESSIONAL AND SCIENTIFIC SOCIETIES

| | |
|---|---|
| 2009 – Present | American Society of Temporomandibular Joint Surgeons |
| 1995 – Present | Carroll County Dental Society |
| 1990 – Present | Mid-County Dental Society |
| 1986 – Present | American College of Oral and Maxillofacial Surgeons |
| 1986 – Present | Maryland State Dental Society |
| 1986 – 1995 | Southern Maryland State Dental Society |
| 1986 – Present | Mid-Atlantic Society of Oral and Maxillofacial Surgeons |
| 1986 – Present | Maryland Society of Oral and Maxillofacial Surgeons |
| 1985 – Present | American Association of Oral and Maxillofacial Surgeons |
| 1978 – Present | American Dental Association |

## COMMITTEE MEMBERSHIPS

| | |
|---|---|
| 2014 – Present | Chairman, Department of Oral and Maxillofacial Surgery<br>Shady Grove Adventist Hospital |
| 2013 – Present | Expert Witness in Anesthesia, Oral and Maxillofacial Surgery and Implant Dentistry<br>Maryland State Board of Dental Examiners |
| 2009 – 2011 | Chairman, Department of Dentistry and Oral and Maxillofacial Surgery<br>Shady Grove Adventist Hospital |
| 1999-Present | Member, Executive Board  Maryland Society of Oral and Maxillofacial Surgeons |
| 2005-Present | Chairman, Anesthesia Care Committee,<br>Maryland Society of Oral and Maxillofacial Surgeons |
| 2006 – 2008 | Anesthesia Committee, Maryland State Board of Dental Examiners |
| 2005-Present | Chairman, Anesthesia Care Committee,<br>Maryland Society of Oral and Maxillofacial Surgeons |
| 2006-2007 | Chair, Montgomery County Upcounty Citizens Advisory Board |
| 2006 | Chair, Division of Oral and Maxillofacial Surgery<br>Shady Grove Adventist Hospital |

3

| | |
|---|---|
| 2004-2005 | President<br>Maryland Society of Oral and Maxillofacial Surgeons |
| 2003 – 2004 | President- elect<br>Maryland Society of Oral and Maxillofacial Surgeons |
| 2003 – 2004 | President<br>Chinese Dental Study Club |
| 2003 – Present | President<br>Mid- County Dental Society |
| 2002 – Present | Member<br>Upper Montgomery County Citizens Advisory Board Executive Committee |
| 2004-2005 | Chairman, School Advisory Board<br>St. Peter's School,  Olney, MD |
| 2002-2005 | Member, School Advisory Board<br>St. Peter's School, Olney, MD |
| 2002 – Present | Member, Ethics Committee<br>Shady Grove Adventist Hospital |
| 2000 – 2001 | Treasurer<br>Maryland Society of Oral and Maxillofacial Surgery |
| 2000 – 2003 | Chairman, Division of Oral and Maxillofacial Surgery<br>Shady Grove Adventist Hospital |
| 1999 – Present | Member, Executive Committee<br>Maryland Society of Oral and Maxillofacial Surgery |
| 1998 – 2000 | Chairman, Division of Oral and Maxillofacial Surgery<br>Montgomery General Hospital |
| 1998 – 2000 | Member, Council of Continuing Education<br>Maryland State Dental Association |
| 1993 – 1995 | Chairman, Council of Continuing Education<br>Maryland State Dental Association |
| 1988 – 1994 | Chairman, Council of Continuing Education<br>Southern Maryland Dental Society |
| 1989 – 1999 | Member, Operation Room Committee<br>Montgomery General Hospital |
| 1989 – Present | Member, Laser Committee<br>Shady Grove Adventist Hospital |
| 1989 – Present | Operating Room Committee<br>Shady Grove Adventist Hospital |

4

## AWARDS AND RECOGNITIONS

| | |
|---|---|
| 2016 | Washington Consumer's Checkbook Top Oral and Maxillofacial Surgeon |
| 1995-2015 | Washingtonian Award for Best Oral and Maxillofacial Surgeons |
| 1995 | Kiwanis Award for Community Service |
| 1985 | Resident Outstanding Academic Achievement Award |
| 1982 | American Association of Oral and Maxillofacial Surgeons Award for Outstanding Achievements in Undergraduate Study and Clinical Training |
| 1982 | Elected to Omnicron Kappa Upsilon Honorary Dental Society |

## ABSTRACTS AND PUBLICATIONS

Brooks, J.K, Schwartz ,K.G. Basile, J. Superficial Mucocele of the Ventral Tongue: Presentation of a Rare Case and Literature Review
JOMS June 2016

Schwartz, K.G.:  Use of chemotherapy in oral and maxillofacial infections.
Maryland Dental Association
May 1997

Schwartz, K.G., Catone, G.A.:  Microsurgery of the temporomandibular joint.
Accepted for international conferences in oral and maxillofacial surgery.
May 1986

Schwartz, K.G., Catone, G.A.:  Use of autograft for orbital floor reconstruction.
Accepted for international conferences in oral and maxillofacial surgery.
May 1986

Mandellbrown, M., Schwartz, K.G.:  Lip reconstruction:  The Karapandzic flaps revisited.
Accepted for facial plastic and reconstructive surgery meetings.
October 1985

## LECTURES BY INVITATION

| | |
|---|---|
| 2016 | Advances in Regenerative Medicine for Hard and Soft Tissue Reconstruction Med Star Washington Hospital Center and Mid-County Dental Society |
| 2015 | Overview of Temporomandibular Joint Anatomy and Physiology, Advances in Non-Surgical and Surgical Therapy Mid-County Dental Society |
| 2015 | Obstructive Sleep Apnea:  Pathoanatomy, Pathophysiology, Diagnosis and |

5

|      |                                                                                                      |
|------|------------------------------------------------------------------------------------------------------|
|      | Treatment<br>Mid-County Dental Society                                                               |
| 2014 | Proper Pharmacologic Prescribing for Dental Practitioners<br>Mid-County Dental Society               |
| 2014 | Use of Dental Implants and Locator Attachments for Reconstructions of<br>Partially Edentulous Patients<br>Mid-County Dental Society |
| 2014 | Proper Pharmacologic Prescribing for Dental Practitioners<br>Maryland State Board of Dental Examiners |
| 2014 | Obstructive Sleep Apnea: Pathoanatomy, Pathophysiology, Diagnosis and<br>Treatment<br>Washington and Frederick County Dental Hygienists Society |
| 2014 | Obstructive Sleep Apnea<br>Washington Hospital Center                                                |
| 2013 | Update of Surgical Therapy of Temporomandibular Joint with Emphasis of<br>Total Joint Replacement<br>Washington Hospital Center |
| 2012 | Basic Life Support and Management of Office Emergencies<br>Mid-County Dental Society                 |
| 2011 | Anesthesia Safety and Emergency Management<br>Washington Hospital Center                             |
| 2010 | Overview of Non-surgical and Surgical Management of Temporomandibular<br>Joint and Myofascial Pathosis<br>Chinese Dental Study Club |
| 2010 | Use of Botulism Toxin in Management of Refractory Temporomandibular Joint<br>Disorders<br>American Society of Temporomandibular Joint Surgeons |
| 2009 | Surgical Management of Maxillofacial Trauma<br>Shady Grove Adventist Hospital                        |
| 2009 | Antimicrobial and Chemo Therapeutic Trends<br>Washington Hospital Center                            |
| 2006 | Management of Medical Emergencies<br>Chinese Dental Society                                         |
| 2006 | Temporomandibular Joint Surgical Management<br>Mid-County Dental Society                            |

6

| 2005 | Temporomandibular Joint Pathology |
|------|-----------------------------------|
|      | Montgomery General Hospital |
| 2004 | |
| 2005 | Management of Office Medical Emergencies |
|      | Washington Hospital Center |
| 2004 | Surgical Therapy of the Temporomandibular Joint |
|      | Montgomery General Hospital, Grand Rounds |
| 2003 | Advanced Cardiac Life Support and Emergency Procedure |
|      | Maryland State Oral and Maxillofacial Surgeons |
| 2003 | Temporomandibular Joint Therapy; Non-Surgical Techniques |
|      | Washington Hospital Center |
| 2002 | Emergency Medical Procedures; Cardiac Life Support Techniques |
|      | Chinese Dental Society |
| 2002 | Update on Temporomandibular Joint Surgical Procedures |
|      | Washington Hospital Center |
| 2001 | Advanced Cardiac Life Support and Emergency Procedures. |
|      | Maryland Society of Oral and Maxillofacial Surgeons |
| 2001 | Emergency Medical Procedures and Anesthesia Safety |
|      | Maryland State Dental Hygiene Society |
| 2000 | Use of Platelet Rich Plasma in Autogenous Bone Grafting |
|      | Calcitek Peer Practicum |
| 2000 | Temporomandibular Joint Arthroscopy |
|      | Washington Hospital Center |
| 2000 | Basic Cardiac Life Support and Office Emergencies |
|      | Chinese Dental Study Club |
| 2000 | Updates in Chemotherapy of Maxillofacial Infections |
|      | Washington Hospital Center |
| 1999 | Non- Surgical Temporomandibular Joint Therapy |
|      | Washington Hospital Center |
| 1999 | Microbiology of Maxillofacial Infections |
|      | Washington Hospital Center |
| 1999 | Use of Antibiotics and Update on Prophylaxis |
|      | Maryland State Dental Association |
| 1999 | Multiple Drug Resistant Tuberculosis |
|      | Catonsville Study Club Conference |
| 1998 | Current Trends in Chemotherapy in Maxillofacial Surgery |

7

|  | Chinese Dental Study Club |
|---|---|
| 1998 | Current Advances in Temporomandibular Joint Laser Arthroscopy<br>Mid-County Dental Society |
| 1997 | CPR and Office Emergency Procedures<br>Chinese Dental Study Club |
| 1997 | Current Advances in Temporomandibular Joint Arthroscopy<br>Washington Hospital Center |
| 1997 | CPR and Office Emergency Procedures<br>Mid-County Dental Society |
| 1996 | Temporomandibular Joint Multi- Disciplinary Conference<br>Maryland State Dental Society |
| 1996 | Use of Chemotherapy in Oral and Maxillofacial Infections<br>Maryland State Dental Society |
| 1995 | Temporomandibular Joint Symposium on Non-Surgical and Surgical<br>Therapy<br>Maryland State Dental Society |
| 1995 | Diagnosis and Treatment of Temporomandibular Joint and Myofascial<br>Pain Dysfunction Syndrome<br>Carroll County Dental Society |
| 1995 | Antibiotic Therapy in Maxillofacial Surgery<br>American Heart Association Regional Meeting |
| 1995 | Current Trends in Temporomandibular Joint Arthroscopic Surgery<br>Use of Holmium: YAG Laser<br>Mid-County Dental Society |
| 1995 | Use of Anti-Microbial Therapy in Maxillofacial Infections<br>Washington Hospital Center |
| 1993 | CO2 Maser and ND: YAG Laser Uses in Oral and Maxillofacial<br>Surgery<br>Washington Hospital Center |
| 1993 | CPR and Emergency Procedures<br>Washington Hospital Center |
| 1993 | Office Medical Emergency Procedures<br>Washington Hospital Center |
| 1992 | Holmium: YAG Laser Assisted Surgery of the Temporomandibular<br>Joint<br>Washington Hospital Center |
| 1992 | Advanced Arthroscopic Surgery of the Temporomandibular Joint |

8

Allegheny- Singer Research Center – Pittsburgh, PA

## HOSPITAL STAFF APPOINTMENTS

| | |
|---|---|
| 1987 – 2003 | Montgomery General Hospital<br>Active Staff<br>Olney, MD |
| 1986 – Present | Shady Grove Adventist Hospital<br>Active Staff<br>Rockville, MD |
| 1986 – Present | Washington Hospital Center<br>Senior Attending<br>Washington, DC |

(09/2016)

9

June 2013 ;  Montgomery County Court, Holmes v. Merlo - testified as defense expert

April 2015;  Deposition in case of Kosydar v. Arroyo  - testified as defense expert

Jan 2017:   Kosydar v. Arroyo, Anne Arundel County Circuit Court, C-02-CV-15-002913, testified as defense expert

**Fee Schedule**
**Kevin G. Schwarz, D.M.D.**

| | |
|---|---|
| Review of Records | $350.00/hour |
| Depositions | $800.00/hour |
| Testimony | |
|      Half Day | $3000.00 |
|      Full Day | $5500.00 |
| Attorney Conferences | $375.00/hour (30 minute minimum) |
| Letters/Reports | $275.00 |

Kevin G. Schwartz, D.M.D
Oral and Maxilofacial Surgeons
3401 Olandwood Court
Suite #104
Olney, MD 20832

March 3, 2017

In response to the Federal Rule of disclosure I submit the following:

1. Complete Statement of all opinions-See IME Report dated February 28, 2017 attached, which is incorporated by reference.
2. The facts or data considered by the witness in forming my opinions- Observations collected during IME on February 3, 2017, as well as the records I reviewed, a list of which appears in paragraph 3 herein.
3. I have reviewed the following items to formulate my opinions: Complaint, D.C. EMS ambulance records, Herndon Family Medicine medical records, Drs. Goldbaum and Rosenberg dental records, Ortho VA medical records, George Washington University Hospital medical records, and Physiotherapy Associates medical records.
4. Witness's qualifications-See CV attached, which is incorporated by reference. I have authored the following publications in the past 10 years:
   - Brooks, J.K, Schwartz, K.G. Basile, J. Superficial Mucocele of the Ventral Tongue: Presentation of a Rare Case and Literature Review
     JOMS June 2016
   - Schwartz, K.G.: Use of chemotherapy in oral and maxillofacial infections.
     Maryland Dental Association
     May 1997

5. I have testified at deposition for the following cases in the past 4 years (See attached list):
   - Holmes v. Merlo-Circuit Court for Montgomery County, testified as defense expert (June 2013).
   - Kosydar v. Arroyo-Circuit Court for Anne Arundel County, C-02-CV-15-002913, testified at deposition as defense expert.
   - Kosydar v. Arroyo-Circuit Court for Anne Arundel County, C-02-CV-15-002913, testified as defense expert.

6. Statement of Compensation-see Fee Schedule attached, which is incorporated by reference.

Respectfully submitted,

_____*Kevin G. Schwartz, D.M.D.*_____          _____3/3/17_____
Kevin G. Schwartz, D.M.D.                              Date