# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
## Civil Division

|  |  |
|---|---|
| **MICHAEL S. FEINBERG, et al.** | ) |
| **Plaintiffs,** | ) |
| v. | ) |
|  | )  **Civil Action No. 16-cv-00714 (JDB)** |
| **PLANET F, INC. d/b/a LUCKY BAR** | ) |
| **Defendant.** | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Having concluded a settlement and release, Plaintiffs Michael S. Feinberg and Stephanie I. Feinberg, and Defendant Planet F, Inc. d/b/a Lucky Bar, by and through their undersigned counsel, jointly and voluntarily submit this Stipulation of Dismissal of all claims **WITH PREJUDICE**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear his/her/its own costs and fees.

Respectfully submitted,

By:  ___/s/_____
Stan M. Doerrer (D.C. Bar # # 502496)
Peter C. Grenier (D.C. Bar # 418570)
GRENIER LAW GROUP PLLC
1400 L Street, N.W.
Suite 420
Washington, D.C. 20005
(202) 768-9600 (telephone)
(202) 768-9604 (facsimile)
pgrenier@grenierlawgroup.com
sdoerrer@grenierlawgroup.com
*Counsel for Plaintiffs*

By:    /s/_____
Jason P. Beaulieu (D.C. Bar # 982511)
TIMMERMAN, BEAULIEU, HINKLE &
ESWORTHY, LLC
29 W. Susquehanna Ave.
Suite 402
Towson, MD 21204
(443) 608-5515
jpb@tbhelaw.com
*Counsel for Defendant*

Dated: April 14, 2017

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of April, 2017, I electronically filed the foregoing Stipulation of Dismissal With Prejudice via the Court's electronic filing system, which electronically served all counsel of record in this action, including the following.

>Jason P. Beaulieu, Esquire
>Timmerman, Beaulieu, Hinkle & Esworthy, LLC
>29 W. Susquehanna Ave., Suite 402
>Towson, Maryland 21204
>*Counsel for Defendant Planet F, Inc. d/b/a Lucky Bar*

>_____/s/_____
>Stan M. Doerrer